**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*Civil Division*

---

*c/o Social Security Administration  tel: (212) 264-0981*
*Office of the General Counsel        fax: (212) 264-6372*
*6401 Security Boulevard,*
*Baltimore, MD 21235*

May 30, 2023

**Via CM/ECF**

MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Nieves v. Acting Commissioner of Social Security*
    Civil Action No. 1:23-cv-02667
    Joint Letter Request for Extension of Deadlines

Dear Judge Gorenstein:

   This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter.  We write respectfully with Plaintiff to request a reversal of the scheduling order and extension of the deadlines for briefing in the above-referenced Social Security case, in accordance with the Standing Order, *In re Briefing of Social Security Cases*, M 10-46, issued on November 18, 2022 (the Standing Order).

By scheduling order dated April 3, 2013, Judge Jennifer L. Rochon ordered that the Commissioner's brief is to be filed within 30 days of the filing of the certified administrative record (CAR), with Plaintiff's answering brief due 30 days after filing of the Commissioner's motion and the Commissioner's reply due 14 days after Plaintiff's brief is filed. ECF No. 5. The parties respectfully request that the briefing order be reversed, as set forth in the Standing Order. Furthermore, due to large caseloads, the parties request additional time to complete their respective briefs. Therefore, in accordance with the Standing Order, the parties have conferred about a proposed modified and comprehensive schedule for future filings in this case.  The parties respectfully request that the Court approve the following proposed schedule.

- Plaintiff's brief shall be filed by July 31, 2023;
- Defendant's brief shall be filed by September 29, 2023; and
- Plaintiff reply shall be filed by October 20, 2023.

This is the first and only request for an extension of the filing deadlines in this case.

   We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

BY:    *s/ Padma Ghatage*
       Padma Ghatage
       Special Assistant U.S. Attorney
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       (212) 264-0981
       padma.ghatage@ssa.gov


       */s/ Daniel Osborn*
       Daniel Adam Osborn
       Osborn Law P.C.
       43 West 43rd Street, Ste 131
       New York, NY 10036
       212-725-9800
       Fax: 212-500-5115
       Email: dosborn@osbornlawpc.com

The certified administrative record shall be filed on June 1, 2023.  Plaintiff's brief shall be filed by July 31, 2023.  Defendant's brief shall be filed by September 29, 2023.  Plaintiff reply shall be filed by October 20, 2023.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 30, 2023

2